**SEALED**

United States Courts
Southern District of Texas
FILED

AUG 1 1 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER: |
| | § | |
| JOLIENNE SALINAS | § | |
| | § | |

**C-21-0739**

INDICTMENT

THE GRAND JURY CHARGES THAT:

INTRODUCTION

At all times material to this Indictment:

1. The term "prohibited object" is defined, pursuant to Title 18, United States Code, Section 1791(d)(1)(C) as "a narcotic drug, methamphetamine, its salts, isomers, and salts of its isomers, lysergic acid diethylamide, or phencyclidine."

2. The term "prison" is defined:

   a. Pursuant to Title 18, United States Code, Section 1791(d)(4) as "a Federal correctional, detention, or penal facility or any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the Attorney General."

   b. Pursuant to Title 18, United States Code, Section 2246 as "a correctional, detention, or penal facility."

3. The term "sexual act" is defined pursuant to United States Code 2246(2)(A) as "contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however slight."

COUNT ONE

On or about May 10, 2020, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOLIENNE SALINAS,

did knowingly and in violation of a statute, rule, or order, provide or attempt to provide a prohibited object as defined in Title 18, United States Code, Section 1791(d)(1)(C), to wit: methamphetamine, to T.M., an inmate of FCI Three Rivers, a prison as defined in Title 18, United States Code, Section 1791(d)(4).

In violation of Title 18, United States Code, Section 1791(a)(1) and 1791(b)(1).

COUNT TWO

From on or about September, 2019, to on or about May, 2020, in the Southern District of Texas and within the boundaries of FCI Three Rivers, a prison as defined in Title 18, United States Code, Section 2246 and an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JOLIENNE SALINAS,

did knowingly engage in a sexual act with T.M. who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that the defendant was a Correctional Officer.

2

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____

BARBARA J. DE PENA
Assistant United States Attorney

3